UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: 13

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____,

   ☐  am the attorney for: _____

   ☐  am self-represented

   Phone number: _____

   Email address: _____

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default re: 204 E. PATCONG AVE, LINWOOD, NJ 08221.

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

3. ~~I request an adjournment of confirmation:~~

   ~~Current confirmation date and time:~~ _____

   ~~New date requested:~~ _____

   ~~Reason for adjournment request:~~ _____

   _____

   ~~Confirmation has been adjourned _____ previous times~~

   ~~Trustee payments are current through _____~~

   ~~The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted~~

4. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: _____      _____
                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: Feb. 20, 2018 at 10:00am    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2