| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>PNC BANK, NATIONAL ASSOCIATION, as servicer for MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY SAVINGS BANK<br>R.A. LEBRON, ESQ.<br>PN025<br>bankruptcy@feinsuch.com | Order Filed on February 23, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>ROBERT L. FRANKLIN dba CASDAQ, LLC<br><br>  Debtor(s). | Case No.:  17-21641 ABA<br><br>Chapter:   13<br><br>Hearing Date: February 6, 2018<br><br>Judge:  Hon. Andrew B. Altenburg, Jr. |

Recommended Local Form:   ☐ Followed   ☒ Modified

ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT
WITH CONDITIONS

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: February 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | PNC BANK, NATIONAL ASSOCIATION, as servicer for MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY SAVINGS BANK |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtor's Counsel: | BRUNO BELLUCCI, III |
| Property Involved (Collateral") | 204E PATCONG AVENUE LINWOOD, NJ 08221 |

Relief sought:  ☒ Creditor's Certification of Default

☐ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Certification of Default is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 3 months, from December, 2017 to February, 2018.

    ☒ The Debtor is overdue for 3 payments at $4,813.76 per month with $1,552.56 in suspense plus attorney's fees in the amount of $400.00.

    ☐ The Debtor is assessed for N/A late charges at N/A per month.

    ☐ Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

    Total Arrearages Due $13,288.72.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $N/A. Payment shall be made no later than N/A.

    ☒ Beginning on March 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $4,813.76.

    ☐ Beginning on N/A, additional monthly cure payments shall be made in the amount of $N/A for N/A months.

☒  The amount of $12,888.72 shall be capitalized in the Debtor's Chapter 13 plan. The Debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐  Immediate payment:

☒  Regular monthly payment:        PNC Mortgage
                                         3232 Newmark Drive
                                         Miamisburg, OH 45324

☐  Monthly cure payment:

4. In the event of Default:

☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐  If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.   Award of Attorneys' Fees:

☒  The Applicant is awarded attorneys fees of $400.00, and costs of $N/A.

   The fees and costs are payable:

   ☒  through the Chapter 13 plan.

   ☐  to the Secured Creditor within _____ days.

   ☐  Attorneys' fees are not awarded.