WNI 18-023404
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| ROBERT L. FRANKLIN, DEBTOR | CASE NO.: 17-21641-ABA<br>CHAPTER 13<br><br>HEARING DATE: JULY 11, 2018 |

## NOTICE OF OBJECTION TO CONFIRMATION

The undersigned, Shapiro & DeNardo, LLC, attorneys for the Secured Creditor, Wells Fargo Bank, N.A., the holder of a Mortgage on Debtor's property located at Wells Fargo Bank, N.A., hereby objects to the Confirmation of the Debtor's proposed Chapter 13 Plan on the following grounds:

1)      Debtor's Chapter 13 Plan does not provide for the Secured Creditor to receive distributions with a value equal to the allowed amount of its claims required by 11 U.S.C.1325(a)(5)(B)(ii).

2)      Debtor's Proposed Chapter 13 Plan seeks to avoid Secured Creditor's lien encumbering the subject property, 204 East Patcong Avenue, Linwood, New Jersey 08221.  Debtor indicates Secured Creditor's claim is to be reduced to $0.00; based on a collateral value of $380,000.00.

3)      Creditor disputes this valuation and requests additional time to investigate the value of the subject property

WHEREFORE, Wells Fargo Bank, N.A. respectfully requests that the Confirmation of Debtor's Chapter 13 plan be denied and that the Debtor be required to file an Amended Chapter 13 Plan providing for full payment of arrears due to the Secured Creditor.

SHAPIRO & DENARDO, LLC

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire

Dated: 6/29/18

WNI 18-023404
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| FRANKLIN L. FRANKLIN, DEBTOR | CASE NO.: 17-21641-ABA<br>CHAPTER 13 |

## CERTIFICATION OF SERVICE

I, Emily White

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Charles G. Wohlrab, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __06/29/2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Objection to Confirmation of Plan,

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: __June 29, 2018__

*Emily White* (signature)
Emily White

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bruno Bellucci, III<br>Bellucci Law, P.C.<br>1201 New Road<br>Suite 138<br>Linwood, NJ 08221 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Robert L. Franklin<br>204 East Patcong Avenue<br>Linwood, NJ 08221 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

# SHAPIRO & DeNARDO, LLC

ATTORNEYS AT LAW
A PENNSYLVANIA LIMITED LIABILITY COMPANY

**GERALD M. SHAPIRO** +++
**DAVID S. KREISMAN** **
**CHRISTOPHER A. DeNARDO** +

+ Licensed in New Jersey and Pennsylvania
++ Licensed in New Jersey and New York
+++ Licensed in Illinois and Florida
++++ Licensed in New Jersey and Florida
+++++Licensed in Rhode Island and New Jersey
*+ Licensed in New Jersey, Pennsylvania, Florida
* Licensed in New Jersey Only
** Licensed in Illinois Only
***Licensed in Pennsylvania Only

**NJ Attorneys**
**CHANDRA M. ARKEMA** +
 Managing Partner – NJ
**KATHLEEN M. MAGOON** *
**Supervising Foreclosure Attorney**
**KRYSTIN M. KANE**+++++
**COURTNEY A. MARTIN***+
**DONNA L. SKILTON** +
**CHARLES G. WOHLRAB** +
**JEFFREY RAPPAPORT***
**GARY M. KANELLIS** ++
Of Counsel

**14000 Commerce Parkway, Suite B**
**Mount Laurel, NJ 08054**
**Tel: (856) 793-3080    Fax: (847) 627-8809**

June 29, 2018

United States Bankruptcy Court
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

In Re:  Robert L. Franklin, Debtor
Case No:  17-21641-ABA
Chapter:  13
Secured Creditor: Wells Fargo Bank, N.A.
Our file number:  18-023404

Dear Court Clerk:

Enclosed please find Notice of Objection to Confirmation, said Confirmation Hearing presently scheduled before the Court on July 11, 2018 at 9:00 AM.

Thank you for your attention.

Very truly yours,
Shapiro & DeNardo, LLC

By: /s/ Charles G. Wohlrab_____
    Charles G. Wohlrab, Esquire

Enclosures
cc:    Bruno Bellucci, III, Debtor's Attorney
       Isabel C. Balboa, Chapter 13 Standing Trustee, Trustee
       Robert L. Franklin, Debtor
       204 East Patcong Avenue
       Linwood, NJ 08221

**PENNSYLVANIA OFFICE**: 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406