| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WNI 18-023404<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856)793-3080<br>Chandra M. Arkema - 029552006<br>Krystin M. Kane - 171402015<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Courtney A. Martin - 098782016<br>Jeffrey Rappaport - 003431991<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on August 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>ROBERT L. FRANKLIN, DEBTOR | CASE NO.: 17-21641-ABA<br><br>HEARING DATE: AUGUST 22, 2018<br><br>JUDGE: HONORABLE ANDREW B. ALTENBURG, JR. |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: August 23, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Jennifer L. Kearney, Esq., attorney for the Debtor upon filing of a Chapter 13 Plan, and Wells Fargo Bank, NA, hereinafter "Secured Creditor," by and through its Authorized Agent, SHAPIRO & DENARDO, LLC, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor and Secured Creditor agree that Secured Creditor's lien secured by Debtor's real property located at 204 East Patcong Avenue, Linwood, New Jersey 08221, shall be modified pursuant to 11 U.S.C. §1322(b)(2) and all other relevant provisions, and classified as a wholly unsecured claim.

2. Debtor and Secured Creditor agree Secured Creditor's lien secured by Debtor's real property located at 204 East Patcong Avenue, Linwood, New Jersey 08221, will not be avoided or modified in any way, in the event the instant case (17-21641-ABA) dismisses or otherwise fails to result in the completion of Debtor's Chapter 13 Plan and issuance of a Discharge Order.

3. Secured Creditor, Wells Fargo Bank, NA, agrees that this Consent Order resolves the Objection to Confirmation, ECF No.: 66, filed on June 29, 2018 for the lien associated with Proof of Claim No. 2-1.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_/s/ Charles G. Wohlrab_                                    Date: 8-21-18
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_/s/ Jennifer L. Kearney_                                    Date: 8/21/18
Jennifer L. Kearney, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:
Robert L. Franklin
    Debtor

Case No. 17-21641-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 23, 2018
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
db         +Robert L. Franklin,    204 E. Patcong Ave.,    Linwood, NJ 08221-2261

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
         Bruno  Bellucci, III    on behalf of Debtor Robert L. Franklin jkearney@belluccilaw.net,
          bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
          ddillhoff@belluccilaw.net
         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
          njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Isabel C. Balboa     on behalf of U.S. Trustee    U.S. Trustee ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@blankrome.com,
          bkgroup@kmllawgroup.com
         Kevin M. Buttery    on behalf of Creditor    Federal National Mortgage Association
          bkyefile@rasflaw.com
         R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for
          MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY
          SAVINGS BANK bankruptcy@feinsuch.com
         R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
         Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
         William E. Craig    on behalf of Creditor    Ally Financial mortoncraigecf@gmail.com,
          mortoncraigecf@gmail.com
                                                                                       TOTAL: 14