UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 18-023385
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ROBERT L. FRANKLIN, DEBTOR

CASE NO.: 17-21641-ABA

HEARING DATE: AUGUST 22, 2018

JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: August 23, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Jennifer L. Kearney, Esq., attorney for the Debtor upon filing of a Chapter 13 Plan, and Wells Fargo Bank, NA, hereinafter "Secured Creditor," by and through its Authorized Agent, SHAPIRO & DENARDO, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor and Secured Creditor agree that Secured Creditor's lien secured by Debtor's real property located at 204 East Patcong Avenue, Linwood, New Jersey 08221, shall be modified pursuant to 11 U.S.C. §1322(b)(2) and all other relevant provisions and classified as a wholly unsecured claim.

2. Debtor and Secured Creditor agree Secured Creditor's lien secured by Debtor's real property located at 204 East Patcong Avenue, Linwood, New Jersey 08221, will not be avoided or modified in any way, in the event the instant case (17-21641-ABA) dismisses or otherwise fails to result in the completion of Debtor's Chapter 13 Plan and issuance of a Discharge Order.

3. Secured Creditor, Wells Fargo Bank, NA, agrees this Consent Order resolves the Objection to Confirmation, ECF No.: 64, filed on June 28, 2018.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____       Date: 8-21-18
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____       Date: 9/21/18
Jennifer L. Kearney, Esquire
Attorney for the Debtor

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                        Case No. 17-21641-ABA
Robert L. Franklin                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1                  Date Rcvd: Aug 23, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db             +Robert L. Franklin,    204 E. Patcong Ave.,    Linwood, NJ 08221-2261

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
      Bruno  Bellucci, III    on behalf of Debtor Robert L. Franklin jkearney@belluccilaw.net,
       bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
       ddillhoff@belluccilaw.net
      Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com,
       njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of U.S. Trustee   U.S. Trustee ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
       mortoncraigecf@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@blankrome.com,
       bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Creditor    Federal National Mortgage Association
       bkyefile@rasflaw.com
      R. A. Lebron    on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION, as servicer for
       MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY
       SAVINGS BANK bankruptcy@feinsuch.com
      R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
      Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William E. Craig    on behalf of Creditor    Ally Financial mortoncraigecf@gmail.com,
       mortoncraigecf@gmail.com
                                                                                                                                                   TOTAL: 14