Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−21641−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert L. Franklin
   dba Casdaq, LLC
   204 E. Patcong Ave.
   Linwood, NJ 08221

Social Security No.:
   xxx−xx−4464

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☒ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☒ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: November 8, 2022
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert L. Franklin  
Debtor

Case No. 17-21641-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Nov 08, 2022     Form ID: cscnodsc     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Franklin, 204 E. Patcong Ave., Linwood, NJ 08221-2261 |
| aty | + | McCabe, Weisberg & Conway, PC, 216 Haddon Avenue, Suite 303, Westmont, NJ 08108-2811 |
| lm | | PNC Bank, 249 5th Avenue, One PNC Plaza, Pittsburgh, PA |
| 516868918 | | Advanced Radiology Solutions, 79 NJ-37 #103, Toms River, NJ 08755 |
| 516868920 | + | Atlantic Medical Imaging, 44 East Jimmie Leeds Road, Absecon, NJ 08205-4470 |
| 516868921 | | Bayfront Emergency Physicians, 1 E New York Ave., Somers Point, NJ 08244 |
| 516868924 | + | Childrens Hospital of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 516868925 | + | Health Republic Insurance, 570 Broad St, Newark, NJ 07102-4518 |
| 516868922 | + | Lawrence Motto d/b/a Brickscapes, LLC, 21 Cottage Rd., Egg Harbor Township, NJ 08234-5668 |
| 516868926 | + | McCabe, Weisberg & Conway PC, 216 Haddon Ave #201, Collingswood, NJ 08108-2818 |
| 516868928 | | PNC Bank, 249 Fifth Ave., One PNC Plaza, Pittsburgh, PA 15222 |
| 516868927 | + | Pace Orthopedics, 547 New Rd., Somers Point, NJ 08244-2038 |
| 516868930 | + | RMA of New York, LLP, 635 Madison Ave. 10th Fl., New York, NY 10022-1009 |
| 516868929 | + | Rickart Collection Systems, Inc., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 516868933 | + | STAT MRI, LLC, 1001 New Jersey Ave. # 1036, Absecon, NJ 08201-8050 |
| 516868932 | + | Spine One, 1701 New Rd., Northfield, NJ 08225-1197 |
| 516868934 | + | Thomas Jefferson University, 130 South Ninth Street, Philadelphia, PA 19107-5233 |
| 516868935 | + | Tricare Medical Transportation, 825 Noahs Rd., Pleasantville, NJ 08232-4227 |
| 516868936 | + | Wells Fargo, PO Box 5169, Sioux Falls, SD 57117-5169 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 08 2022 20:39:00 | Federal National Mortgage Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516868919 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 08 2022 20:39:00 | Ally Bank, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 519258313 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 08 2022 20:44:42 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516902459 | | Email/Text: ally@ebn.phinsolutions.com | Nov 08 2022 20:39:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516868923 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2022 20:43:56 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517106111 | | Email/Text: camanagement@mtb.com | Nov 08 2022 20:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517013204 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2022 20:39:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517102544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2022 20:44:13 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516868931 | + | Email/Text: jboehler@shorememorial.org | Nov 08 2022 20:40:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 516928915 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 08 2022 20:44:11 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517375916 | | M&T Bank PO Box 840 Buffalo, NY 14240 |
| cr | * | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

**Name** | **Email Address**

Bruno Bellucci, III
  on behalf of Debtor Robert L. Franklin jkearney@bellucilaw.net
  bbellucci@bellucilaw.net,jkearney@bellucilaw.net,kpalermo@bellucilaw.net

Denise E. Carlon
  on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
  on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa
  ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
  on behalf of U.S. Trustee U.S. Trustee ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jennifer L. Kearney
  on behalf of Debtor Robert L. Franklin jkearney@bellucilaw.net

John R. Morton, Jr.

| | |
|---|---|
| | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor M&T BANK kmcdonald@blankrome.com bkgroup@kmllawgroup.com |
| Kevin M. Buttery | |
| | on behalf of Creditor Federal National Mortgage Association kbuttery@moodklaw.com |
| R. A. Lebron | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, as servicer for MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY SAVINGS BANK bankruptcy@fskslaw.com |
| Tammy L. Terrell | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, as servicer for MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY SAVINGS BANK bankruptcy@fskslaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 15